UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                        CRIMINAL ACTION NO. 2:22-CR-35-KHJ-MTP-1

LAVARIS MARCEL EVANS

CERTIFICATE OF APPEALABILITY - DENIED

Since a final order adverse to the applicant has been filed in this Section 2255 proceeding, this Court—considering the record in the case and the requirements of 28 U.S.C. § 2253, Federal Rule of Appellate Procedure 22(b), and Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Courts—finds that a Certificate of Appealability should not issue. The movant has failed to make a substantial showing of the denial of a constitutional right.

THIS 19th day of December, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE